**FILED**
**SEP 3 0 2011**
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

SEP. 28. 2011

: JUDGE JOHN A. GIBNEY, JR / CLERK OF COURT
: SPOTSWOOD W. ROBINSON, III & ROBERT R MERHIGE, JR
FEDERAL COURTHOUSE
701 EAST BROAD STREET SUITE 3000
RICHMOND, VIRGINIA. 23219
: UNITED STATES DISTRICT COURTS FOR THE EASTERN DISTRICT OF
VIRGINIA

: TIME REDUCTION FOR CRACK LAW (18-1 RATIO)

DEAR JUDGE JOHN A. GIBNEY, JR,

I AM WRITING TO THE COURTS, RESPECTFULLY REQUESTING THAT MY NAME JAMANE GREENE # 40975-039 BE SUBMITTED TO THE CURRENT LIST OF INMATES WHO ARE NOW ELIGABLE AND MEET THE REQUIREMENTS FOR THE SPECIFIED TIME REVISION FOR 18-1 RATIO. I WOULD APPRECIATE IF CORRESPONDANCE CAN BE EXTENDED TO ME IF POSSIBLE, TO INFORM ME IF I HAVE, OR HAVE NOT BEEN ADDED TO THE LIST, AND ANY INSITE AS TO WHY, IF I HAVE NOT BEEN SUBMITTED TO THE CURRENT LIST.

THANK YOU,
SINCERELY
JAMANE GREENE

USA FIRST-CLASS FOREVER

TRENTON NJ 080

30 SEP 2011 PM 2 F

UNITED STATES DISTRICT COURTS FOR S
THE EASTERN DISTRICT OF VIRGINIA
SPOTSWOOD W. ROBINSON, III & ROBERT MERHIGE, JR
701 EAST BROAD STREET SUITE 3000
RICHMOND, VIRGINIA 23219

U.S. MARSHALS INSPECTED

23213+1672

INMATE NAME: JAMANE GREENE
REGISTER NO: 40975-039
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640