IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal Action No. 3:04-cr-00175-JAG-1

JAMANE A. GREENE,
        Defendant.

## ORDER

This matter comes before the Court on the defendant's pro se motion for early termination of supervised release. (Dk. No. 44.) Pursuant to the Order dated October 7, 2016, the government filed its position on the motion, making certain recommendations on how to proceed. The Court accepts these recommendations and ORDERS as follows:

- The defendant shall provide his probation officer with all information that his probation officer has requested within twenty-one (21) days of the date of this Order.

- The probation officer shall file a report with the Court to include the following: (1) an update as to any criminal violations or infractions by the defendant, (2) verification of the matters asserted by the defendant in his motion for early termination, (3) any other issues relevant to the early termination request, and (4) the probation officer's recommendation on the request. The probation officer shall file this report within fourteen (14) days of receiving the requested information from the defendant. The probation officer shall submit a copy of the report to chambers, and shall mail a copy to the defendant and the United States Attorney.

It is so ORDERED.

Let the Clerk send a copy of this Order to the United States Attorney, the defendant, and Edward Allen, United States Probation Officer.

Date: October 31, 2016
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge